In the Matter of the Claim of MARIA M. ALMONTE, Appellant. COMMISSIONER OF LABOR, Respondent.

Decided March 31, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

VICTOR BATSHEVER et al., Appellants, v JAFAR JAFAR et al., Respondents.

Submitted February 14, 2011; decided March 31, 2011

Motion for reargument of motion for leave to appeal denied [*see* 16 NY3d 731 (2011)].

In the Matter of the Claim of MARIE L. GENTILE, as Widow of JAY ALAN GENTILE, Deceased, Appellant, v SOVEREIGN MOTOR CARS et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted February 7, 2011; decided March 31, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.